IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02689-REB-MJW**

HOLIDAY CREATIONS, INC.,

Plaintiff(s),

v.

LED UP ENTERPRISES, INC., et al.,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Atico International USA, Inc.'s Unopposed Motion for Atico to File an Amended Answer, which was filed on September 1, 2005 (Docket No. 72), is granted, and the tendered Atico's First Amended Answer and Counterclaims to Plaintiffs' First Amended Complaint and Demand for Jury Trial is accepted for filing as of the date of this Minute Order.

Date: September 1, 2005