IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02689-REB-MJW

HOLIDAY CREATIONS, INC., et al.,
a Colorado Corporation, and

       Plaintiffs,

v.

LED UP ENTERPRISES, INC.,
a California corporation, et al.,

       Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR MODIFICATION OF TRIAL PREPARATION CONFERENCE ORDER

---

THIS MATTER having come before the Court on Plaintiffs' unopposed motion for

modification of trial preparation conference order, the Court having reviewed said motion,

the Court's files and being otherwise fully advised in the premises hereby ORDERS

Plaintiffs' motion is GRANTED and the Trial Preparation Conference Order is

modified such that the deadline for filing motions under F.R.E. 702 shall be **February 15,**

**2006**.

Dated September 27, 2005, at Denver, Colorado.

BY THE COURT

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge