**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-02689-REB-MJW

HOLIDAY CREATIONS, INC., a Colorado corporation, and
FIBER OPTIC DESIGNS, INC., a Pennsylvania corporation,

     Plaintiffs,

v.

LED-UP ENTERPRISES, INC., a California corporation, and
ATICO INTERNATIONAL USA, INC., a Delaware corporation,

     Defendants.

_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

On December 28, 2005, the parties filed a **Stipulation** [#80].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved, that plaintiffs' claims against defendant, Atico International USA, Inc., be dismissed with prejudice, and that defendant, Atico International USA, Inc.'s, counterclaims against the plaintiffs be dismissed without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation** [#80], filed December 28, 2005, is **APPROVED**;

     2.  That plaintiffs' claims against defendant, Atico International USA, Inc., are **DISMISSED WITH PREJUDICE**;

     3.  That defendant, Atico International USA, Inc.'s, counterclaims against plaintiffs are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

      4.  That defendant, Atico International USA, Inc., is **DROPPED** as a named defendant in this matter, and the case caption is amended accordingly.

Dated December 30, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge