**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02689-REB-MJW

HOLIDAY CREATIONS, INC., a Colorado corporation, and
FIBER OPTIC DESIGNS, INC., a Pennsylvania corporation,

    Plaintiffs,

v.

LED-UP ENTERPRISES, INC., a California corporation,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

**Blackburn, J.**

    On February 2, 2006, the parties filed a **Stipulation** [#87].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation** [#87], filed February 2, 2006, is **APPROVED**;

    2.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for August 18, 2006, is **VACATED**; and

    4.  That the jury trial set to commence September 4, 2006, is **VACATED**.

    Dated February 2, 2006, at Denver, Colorado.

                      **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn
                      United States District Judge**